UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KING K. GARDNER,<br><br>                Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON, et. al.,<br><br>                Respondents. | CASE NO. C16-5427 RJB-JRC<br><br>ORDER |

Petitioner King K. Gardner who is proceeding *pro se*, filed a Proposed Petition for Writ of Habeas Corpus on June 2, 2016. Dkt. 1. Petitioner did not file the proper form for proceeding IFP in this Court. *See* Dkt. 1. The Clerk of Court instructed petitioner to file the proper IFP form by July 5, 2016. Dkt. 2. The Clerk of Court provided petitioner with the correct form. Dkt. 2-1. As of the date of this Order, petitioner has failed to submit the proper IFP form or pay the filing fee.

The Court orders petitioner to submit the proper IFP form or pay the $5.00 filing fee by **August 29, 2016**. If petitioner fails to comply with this Order, the Court will recommend this case be dismissed.

ORDER - 1

1     The Clerk is directed to send a second IFP form and a copy of this Order to petitioner.

Dated this 28th day of July, 2016.

*[signature]*

J. Richard Creatura
United States Magistrate Judge