UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KING K. GARDNER,

        Plaintiff,

v.

STATE OF WASHINGTON, et al.,

        Defendants.

CASE NO. 16-cv-05427 RJB JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation (Dkt. 5).

(2)    Petitioner has failed to comply with a Court order and failed to prosecute this action. This action is dismissed for failure to comply with a Court order.

**DATED** this 31st day of October, 2016.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1